UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                            :
ERIC GUNTHER, individually and on                           :
behalf of all others similarly situated,                    :
                                                            :
            Plaintiff,                                      :
                                                            :
            - against -                                     :   Civil Action No. 09-2966-ADS-AKT
                                                            :
CAPITAL ONE, N.A., d/b/a CAPITAL                            :
ONE BANK and CAPITAL ONE                                    :
FINANCIAL CORPORATION,                                      :
                                                            :
            Defendants.                                     :
                                                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, Neil K. Gilman, hereby appears on behalf of Defendants Capital One, N.A., d/b/a Capital One Bank and Capital One Financial Corporation in the above-captioned action. All papers in this action shall be served upon Neil K. Gilman at the address listed below.

Dated: Washington, DC
       September 11, 2009

                                        HUNTON & WILLIAMS LLP

                            By:    /s/ Neil K. Gilman_____
                                   Neil K. Gilman (admitted pro hac vice)
                                   1900 K Street, N.W.
                                   Washington, D.C. 20006
                                   Tel: (202) 955-1500
                                   ngilman@hunton.com

                                   - and -

Brian V. Otero
Hunton & Williams LLP
200 Park Avenue
New York, New York 10166
Tel:  (212) 309-1020
botero@hunton.com

Attorneys for Defendants Capital One, N.A.,
d/b/a Capital One Bank and Capital One
Financial Corporation

## DECLARATION OF SERVICE

Bradford C. Mulder, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

That on September 11, 2009, I served a true copy of the attached Notice of Appearance, upon plaintiffs' counsel at the addresses listed below, Via the Court's ECF System and via First Class Mail, by depositing same in a duly enclosed and sealed wrapper, with the correct postage thereon, in an official letter box duly maintained by the Government of the United States of America within the State of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2009.

/s/ Bradford C. Mulder
Bradford C. Mulder

Joseph S. Tusa, Esq.
Paul C. Whalen, Esq.
WHALEN & TUSA, P.C.
33 West 19th Street, 4th Floor
New York, New York 10011


Joseph P. Guglielmo, Esq.
SCOTT + SCOTT LLP
29 West 57th Street
New York, New York 10019