IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC GUNTHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. d/b/a CAPITAL ONE BANK,<br><br>Defendant. | Case No. 09-cv-2966 (ADS) (AKT)<br><br>Arthur D. Spatt, USDJ<br>A. Kathleen Tomlinson, USMJ |

**PLAINTIFF'S AND CLASS COUNSEL'S MOTION FOR PAYMENT OF
CLASS COUNSEL'S ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS**

Plaintiff, by and through his counsel and Class Counsel, will respectfully move this Court at the Fairness Hearing scheduled for December 7, 2010 for an award to Class Counsel of attorneys' fees and reimbursement of costs in the amount of $750,000.00 pursuant to Rule 23(h) of the Federal Rules of Civil Procedure and Paragraph 37(a) of the parties' Amended Class Action Settlement Agreement.

As set forth in the accompanying Memorandum of Law in Support of Plaintiff's and Class Counsel's Motion for Attorneys' Fees and Reimbursement of Costs (the "Memorandum"), Plaintiff's and the Classes' Memorandum of Law in Support of Class Action Settlement, the Declaration of Joseph S. Tusa and the Declaration of Joseph P. Guglielmo, defendant Capital One, N.A. d/b/a Capital One Bank has agreed to pay Class Counsel up to $750,000.00 in attorneys' fees and expenses, subject to Court approval in recognition of the time and efforts expended by Class Counsel in the action for Plaintiff and the Settlement Class.

Accordingly, Plaintiff and Class Counsel respectfully request that Class Counsel's motion for attorneys' fees and reimbursement of costs be granted in their entirety.

Dated:  November 29, 2010                    Respectfully Submitted,

**SCOTT+SCOTT LLP**

 /s/ Joseph P. Guglielmo
Joseph P. Guglielmo (JG 2447)
500 Fifth Avenue, 40th Floor
New York, NY  10110
Tel. (212) 223-6444
jguglielmo@scott-scott.com

**WHALEN & TUSA, P.C.**
Joseph S. Tusa (JT 9390)
33 West 19th Street
Tel. (212) 400-7100
Fax. (212) 658-9685
joseph.tusapc@gmail.com

**TUSA P.C**.
Joseph S. Tusa (JT 9390)
236 East 28th Street, #3C
New York, NY  10016
Tel. (646) 895-9802
joseph.tusapc@gmail.com

*Plaintiff's Counsel and Class Counsel*