<u>CIVIL CAUSE FOR FAIRNESS HEARING</u>

BEFORE JUDGE: SPATT          DATE: December 7, 2010   TIME: 9:19 (40 mins)
DOCKET NUMBER: CV-09-2966

TITLE: GUNTHER, ERIC  v.  CAPITAL ONE, N.A.

APPEARANCES: FOR PLAINTIFF: Joseph Guglielmo, Esq.
                            Joseph S. Tusa, Esq.
                            Paul C. Whalen, Esq.

             FOR DEFENDANT: Brian V. Otero, Esq.

C/R  Regan A. Becker, Esq.
     Paul Lombardi

_X_  CASE CALLED.

___  COUNSEL FOR ALL SIDES PRESENT

___  COUNSEL FOR _____ NOT PRESENT

_X_  FAIRNESS HEARING HELD

___  CASE MARKED READY FOR TRIAL _____

___  FURTHER STATUS CONFERENCE SCHEDULED FOR _____

_X_  OTHER  Decision reserved.