# WHALEN & TUSA, P.C.

*A New York Professional Corporation*
*Attorneys and Counselors at Law*

**33 West 19th Street, 4th Floor**
**New York, NY 10011**
**Telephone: (516) 426-6870**
**Facsimile: (212) 658-9685**

Monday, December 20, 2010

<u>**BY ECF AND FAX**</u>

The Honorable Arthur D. Spatt
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438


Re:   *Gunther v. Capital One, N.A. and Capital One Financial*
<u>Civil Action No.  09-2966-ADS-AKT</u>


Dear Judge Spatt:

    Your Honor signed my requested Order to Show Cause in the above titled case with both parties to appear on December 22, 2010. [Document # 63].  With consent of both parties, the parties request to adjourn that hearing until a date convenient to your Honor, to pursue possible settlement terms.

                                                         Respectfully yours,

                                                         _____/s/_____

                                                         Paul C. Whalen

*Long Island Office:  565 Plandome Road, Suite 212, Manhasset, NY  11030*