# WHALEN & TUSA, P.C.

*A New York Professional Corporation*
*Attorneys and Counselors at Law* ★

33 West 19th Street, 4th Floor
New York, NY 10011
Telephone: (516) 426-6870
Facsimile: (212) 658-9685

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ 2010 ★

LONG ISLAND OFFICE

Monday, December 20, 2010

**BY ECF AND FAX**

The Honorable Arthur D. Spatt
U. S. District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722-4438

Re: *Gunther v. Capital One, N.A. and Capital One Financial*
Civil Action No. 09-2966-ADS-AKT

Dear Judge Spatt:

Your Honor signed my requested Order to Show Cause in the above titled case with both parties to appear on December 22, 2010. [Document # 63]. With consent of both parties, the parties request to adjourn that hearing until a date convenient to your Honor, to pursue possible settlement terms.

Respectfully yours,

_____/s/_____

Paul C. Whalen

*[Handwritten:] Request granted. The Order to Show cause hearing is adjourned until January 5, 2011 at 10am.*

*[Signed:] Arthur D. Spatt, U.S.D.J.*
*12/21/10*

*Long Island Office: 565 Plandome Road, Suite 212, Manhasset, NY 11030*