United States District Court
for the
Eastern District of New York

| | |
|---|---|
| ERIC GUNTHER, individually and on behalf of all others similarly situated,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>CAPITAL ONE, N.A. d/b/a CAPITAL ONE BANK and CAPITAL ONE FINANCIAL CORPORATION,  )<br>)<br>)<br>)<br>Defendants.  ) | Civil Action No. 09-2966-ADS-AKT |

## NOTICE OF APPEARANCE

Please enter the above appearance of the undersigned as counsel to Paul C. Whalen in the above-captioned action. I was admitted to practice in this District in 1987.

Dated: New York, New York
January 3, 2011

Ciampi LLC

_/s/ Arthur J. Ciampi_

Arthur J. Ciampi (AC 3879)
39 Broadway, Suite 520
New York, NY 10006
aciampi@ciampilaw.com
212.269.2453
*Attorneys for Paul C. Whalen*